## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMMANUELI MIRANDA-ARAGON,** | : | |
| *Petitioner,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 26-cv-3507** |
| | : | |
| **MARKWAYNE MULLIN, in his official** | : | |
| **capacity, Secretary of the U.S. Department** | : | |
| **of Homeland Security,** *et al.*, | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **9th** day of **June 2026**, upon review of the parties' Joint Status Report (ECF No. 12), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now lifted.

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**